UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Carwin & Lynda Spearman, | : | |
| Plaintiffs, | : | NO.  3:01cv1098 (MRK) |
| v. | : | |
| United States of America, | : | |
| Defendant. | : | |

**ORDER ON REQUEST FOR ENLARGEMENT OF TIME FOR FILING A DISPOSITIVE MOTION**

Defendant's Motion for Enlargement of Time for Filing a Dispositive Motion [doc. #27] is GRANTED notwithstanding the fact that it is the sixteenth motion for enlargement of time in this case. Dispositive motions will be submitted by November 20, 2003. The parties are directed to file a status report by December 5, 2003, pursuant to the attached instructions, detailing their efforts to move this case along to its conclusion.

IT IS SO ORDERED.

/s/      Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: <u>October 24, 2003</u>

RE:     **CASE NO. 3:01cv1098 (MRK)**

----------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**

----------------------------------------------------------------

On or before **December 5, 2003,**

THE PARTIES SHALL SUBMIT TO THE CHAMBERS OF THE HONORABLE MARK R. KRAVITZ[with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                        BY ORDER OF THE COURT
                        KEVIN F. ROWE, CLERK