UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARWIN & LYNDA J. SPEARMAN,<br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>      Defendant. | )<br>)<br>)<br>)   Case No. 3:01-CV-1098 (MRK)<br>)<br>)<br>)<br>) |

FILED
DEC 5   9 36 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

## STATUS REPORT

A.  **Status of the Case**

The parties have reached an agreement on the one legal issue in the action and are in the process of calculating the amount of the refund to which the Spearmans are entitled. It is anticipated that within the next thirty days, the parties will reach an agreement as to the amount of the refund that the Spearmans will receive. At such time, the case will be resolved. There are no pending motions.

B.  **Referral for Settlement Purposes**

The parties believe that referral to a United States Magistrate Judge or to the District's Special Masters Program for settlement purposes is not necessary.

C.  **Trial Before a Magistrate Judge**

As stated above, the parties anticipate that the case will be resolved within thirty days and there will not be a trial. In the event that there is a trial, the parties consent to a trial before a magistrate judge.

- 1 -

D.   **Length of Trial**

    Once again, the parties anticipate that the case will be resolved within thirty days and there will not be a trial. In the event that there is a trial, it is estimated that it would last one day.

Respectfully submitted,

KEVIN J. O'CONNOR
United States Attorney

*/s/ Karen Wozniak*
KAREN WOZNIAK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055
Telephone: (202)307-1927
Federal Bar No. ct20966

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT service of the foregoing Status Report was made on December 4, 2003, upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

>Carwin Spearman
>Lynda J. Spearman
>43 Smith Street
>Bridgeport, CT 06607

*/s/ Karen Wozniak*
Karen Wozniak

- 2 -