UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARWIN & LYNDA J. SPEARMAN, )<br>    Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>    Defendant. )<br>) | Case No. 3:01-CV-1098 (MRK) |

STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs or other expenses of this litigation.

Plaintiff, Carwin Spearman

*/s/ Carwin Spearman*
CARWIN SPEARMAN
43 Smith Street
Bridgeport, CT 06607
(203) 579-1554

Plaintiff, Lynda J. Spearman

*/s/ Lynda J. Spearman*
LYNDA J. SPEARMAN
43 Smith Street
Bridgeport, CT 06607
(203) 579-1554

For the defendant, United States,

KEVIN J. O'CONNOR
United States Attorney


*Karen Wozniak*
KAREN WOZNIAK (ct 20966)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055
Telephone: (202) 307-1927