UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARWIN & LYNDA J. SPEARMAN,       )
    Plaintiffs,                                        )
                                                           )   Case No. 3:01-CV-1098 (MRK)
vs.                                                            )
                                                           )
UNITED STATES OF AMERICA,            )
    Defendant.                                       )
                                                           )

STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs or other expenses of this litigation.

Plaintiff, Carwin Spearman

*/s/ Carwin Spearman*
CARWIN SPEARMAN
43 Smith Street
Bridgeport, CT 06607
(203) 579-1554

Plaintiff, Lynda J. Spearman

*/s/ Lynda J. Spearman*
LYNDA J. SPEARMAN
43 Smith Street
Bridgeport, CT 06607
(203) 579-1554

**GRANTED**
Kevin F. Rowe, Clerk
By Deputy Clerk *[signature]*